# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHARON TIPICH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, et al.,<br><br>Defendants. | Case No.: 2:20-cv-03940-SVW-AGR<br><br>**ORDER DISMISSING THE EIGHTH AND NINTH CAUSES OF ACTION IN THE INITIAL COMPLAINT AND STRIKING CLASS ALLEGATIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(f) AND 41(a)(1)**<br><br>Complaint filed: 4/30/20<br><br>Hon. Stephen V. Wilson |

Having considered the Stipulation to dismiss the eighth and ninth causes of action and strike class allegations in the Initial Complaint (Dkt. No. 1) made between Plaintiff Sharon Tipich ("Plaintiff") and Defendant Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar") made pursuant to the Federal Rules of Civil Procedure 12(f) and 41(a)(1), the Court finds good cause to approve the Stipulation, and hereby ORDERS that:

1. The eighth and ninth causes of action in the Initial Complaint are dismissed as to Plaintiff's individual claims, with prejudice.

2. The eighth and ninth causes of action in the Initial Complaint are dismissed as to the claims of the proposed class, without prejudice.

3. The following allegations, paragraphs, and prayers for relief are stricken from the Complaint and caption:

- "Negligent Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*('TCPA') from the caption;
- "Willful Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*('TCPA')" from the caption;
- "on behalf of all other similarly situated" and "CLASS ACTION" from the caption;
- Paragraph 11;

///

- "In addition, Ms. Tipich received numerous unsolicited and harassing text messages in violation of the TCPA" from Paragraph 21;
- "and as authorized by statute for violations of the TCPA" from Paragraph 26;
- Paragraphs 44 to 56;
- Paragraphs 72, 75;
- Paragraphs 237 to 251;
- Paragraphs G, H, I, J, K, and L under Prayer for Relief;
- "and/or Class" from Paragraph M under Prayer for Relief;
- and any other references in the Complaint to class allegations or the TCPA.

4. All the other allegations and claims contained in the Complaint and caption shall remain and shall not be dismissed.

DATE: August 18, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

– 3 –

STIPULATION TO DISMISS THE EIGHTH AND NINTH CAUSES OF ACTION AND STRIKE CLASS ALLEGATIONS IN THE INITIAL COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE
2:20-CV-03940