UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03940-SVW-AGR | Date | April 9, 2021 |
|---|---|---|---|
| Title | Sharon Tipich v. Nationstar Mortgage LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED

On April 1, 2021, the U.S. Supreme Court issued its opinion in *Facebook, Inc. v. Duguid*, which held that "a necessary feature of an autodialer under [47 U.S.C.] § 227(a)(1) is the capacity to use a random or sequential number generator to either store or produce phone numbers to be called." 2021 WL 1215717, at *7 (2021). Upon review of the complaint in this case, it appears to the Court that the allegations may be inconsistent with this requirement. Within 7 days, Plaintiff is ordered to show cause why the complaint should not be dismissed. Plaintiff's response should be no longer than 5 pages.

:

Initials of Preparer   PMC